IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SCOTT ELSEROAD, *individually and on behalf of all others similarly situated*, et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:23-CV-1449-RP |
| BOSTON FOUNDRY, INC., d/b/a MADE IN COOKWARE, | § § § § | |
| Defendant. | § § | |

## **ORDER**

On December 4, 2024, the parties dismissed all claims in this case without prejudice by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 45). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on December 11, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE