IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SCOTT ELSEROAD, *individually and on behalf of all others similarly situated*, et al., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1449-RP |
| BOSTON FOUNDRY, INC., | § § § | |
| Defendant. | § § | |

### ORDER

On April 4, 2025, Plaintiffs Scott Elseroad, Evan Dorosheff, David Estey, Jonathan Schmidt, Ryan Dishman, Brent Mills, Monalisa Bojorquez, Gil Refael, Darrick Thompson, and Ben Luckadoo (collectively "Plaintiffs") dismissed their claims in this case with prejudice by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 61). Plaintiffs dismissed the claims of the putative class against Defendant Boston Foundry, Inc., d/b/a/ Made in Cookware, without prejudice. (*Id.*). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on April 7, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE